# Court of Appeals of the State of Georgia

ATLANTA,  September 15, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0270. VICKIE WALLER v. WILLIAM C. MANGUM.

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered final judgment in favor of William C. Mangum, Vickie Waller appealed to the superior court. The superior court granted a writ of possession to Mangum. Waller then filed this direct appeal. We, however, lack jurisdiction for two reasons.

First, an appeal from a superior court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Waller's failure to follow the proper procedure deprives us of jurisdiction over this appeal.

Second, the notice of appeal was untimely. Under OCGA § 44-7-56, an appeal from any judgment by the trial court in a dispossessory proceeding must be filed within seven days of the date the judgment was entered. See *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, the superior court entered the order issuing a writ of possession on August 23, 2022. Waller filed the notice of appeal from that order on September 1, 2022, or 9 days later. Because the notice of appeal was not filed within seven days of the superior court's order, it was untimely and must be dismissed. See *Radio Sandy Springs*, 311 Ga. App. at 336.

For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*

       *Clerk's Office, Atlanta,* __09/15/2022__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*